1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   MICHAEL DeVAUGHN,                        No.  2:16-cv-0631 GGH P

11                  Petitioner,

12        v.                                  ORDER

13   UNKNOWN,

14                  Respondent.

15

16        Petitioner has requested the appointment of counsel.  There currently exists no absolute

17   right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460

18   (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage

19   of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.

20   In the present case, the court does not find that the interests of justice would be served by the

21   appointment of counsel at the present time.

22        Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of

23   counsel (ECF No. 4) is denied without prejudice to a renewal of the motion at a later stage of the

24   proceedings.

25   Dated: April 20, 2016

26                                    /s/ Gregory G. Hollows

27                              UNITED STATES MAGISTRATE JUDGE

28   /mp; deva0631.110