JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEVAUGHN,<br><br>               Petitioner,<br><br>    v.<br><br>ROBERT FOX, Warden,<br><br>               Respondent. | Case No. 2:16-CV-05869-CJC (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation to Deny the Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and that the action is dismissed with prejudice.

DATED: November 12, 2019

_____
CORMAC J. CARNEY
U.S. DISTRICT JUDGE